No. 4768.—Pueblo, apldo., v. Villaveitia, apltc.—C. D. San Juan. ▮▮▮▮▮▮ Junio 24, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, por la presente se enmienda la

última oración del penúltimo párrafo de la opinión de esta corte emitida en junio 3, 1932, para que se lea, en el texto inglés, como sigue: "The trial judge must be presumed to have passed upon this question of fact when he overruled the motion and, while a specific finding of fact would have been far more satisfactory, we do not feel that we would be justified in disturbing the result," y, en el español, como sigue: "Debe presumirse que el juez sentenciador consideró esta cuestión de hecho al declarar sin lugar la moción y si bien una conclusión de hecho específica hubiese sido mucho más satisfactoria, no creemos que estaríamos justificados en alterar el resultado," y así modificada la opinión, no ha lugar a la reconsideración solicitada.